**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
Email:  John.Burris@johnburrislaw.com
Email:  Ben.Nisenbaum@johnburrislaw.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiffs,
MONICA SZETO and WILSON SZETO

**DAVID CHIU, State Bar #189542**
**City Attorney**
**JENNIFER E. CHOI, State Bar #184058**
**Chief Trial Deputy**
**JAMES F. HANNAWALT, State Bar #139657**
**Acting Chief Trial Deputy**
**REBECCA LOUIE, State Bar #264984**
**Deputy City Attorney**
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3913 [Hannawalt]
Telephone: (415) 554-3859 [Louie]
Facsimile: (415) 554-3837
E-Mail: james.hannawalt@sfcityatty.org
         rebecca.louie@sfcityatty.org

**Attorneys for Defendants**
**CITY AND COUNTY OF SAN FRANCISCO**
**ERIK WHITNEY; OLIVER LIM; STEVEN UANG;**
**and DAVID WAKAYAMA**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|   |   |
|---|---|
| MONICA SZETO, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　　Defendants. | CASE NO.: 3:22-cv-06211-CRB<br>Consolidated with<br>CASE NO.: 3:23-cv-00286-CRB<br><br>**STIPULATION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE**: ORDER |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties hereby stipulate and request that the complaint filed by Plaintiffs MONICA SZETO and WILSON SZETO, as individuals and as co-successors-in-interest to Decedent NELSON SZETO, against the CITY AND COUNTY OF SAN FRANCISCO and the individually named defendants be dismissed with prejudice, with Plaintiffs and Defendants each bearing their own attorneys' fees and costs till this point.

Dated: November 18, 2024　　　　**THE LAW OFFICES OF JOHN L. BURRIS**

　　　　　　　　　　　　　　　　/s/ *James Cook*
　　　　　　　　　　　　　　　　James Cook
　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　Monica Szeto, et al.

Dated: November 18, 2024　　　　**CITY OF SAN FRANCISCO**

　　　　　　　　　　　　　　　　By: */s/ Rebecca Louie*
　　　　　　　　　　　　　　　　James Hannawalt
　　　　　　　　　　　　　　　　Rebecca Louie
　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　City and County of San Francisco, et al.

///
///
///
///
///
///
///
///
///

**[Proposed] ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to the stipulation of the parties, and with good cause appearing, **IT IS HEREBY ORDERED** that the complaint filed by Plaintiffs MONICA SZETO and NELSON SZETO be DISMISSED WITH PREJUDICE, with Plaintiffs and Defendants each bearing their own attorneys' fees and costs till this point.

**IT IS SO ORDERED.**

DATED:  November 19, 2024

Honorable Judge Charles R. Breyer
United States Senior District Judge